147 A.3d 443

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT,
v. LURDES ROSARIO (A/K/A LULU ROSARIO),
DEFENDANT-PETITIONER.

July 15, 2016

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-000677-14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is granted.

147 A.3d 443

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. THOMAS L. SCOTT (A/K/A JAMES LONGENBERGER, AND CHRISTOPHER TUREAUD), DEFENDANT-PETITIONER.

July 15, 2016

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-005814-13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is granted.